# ORDER GRANTING LEAVE FOR POST-SUBMISSION FILINGS

Date: 12-1-15

Cause No. 2-198-CV

In re Estate of Barbara Sloan vs. _____
_____ Appellant _____ _____ Appellee _____

During submission of the captioned case on this date, leave was granted to the parties to file additional documents in this case, as described below, and within the time specified herein:

Appellant(s), may file the following:

Letter Brief with additional cases

& short synopsis

By (Due Date): Ten (10) day of submission

Appellee(s), may file the following:

Response letter

_____

By (Due Date): Within ten (10) days of appellant's letter.

_____
Presiding Justice

Switch-
apee asked
for letter
briefing +
ant asked to
respond to
apee's cases -
CJTL granted in
that order  LW 12-2-15